# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Scott Ranft (R16439) v. John R. Baldwin, et al

Case Number: 3:20-cv-50457

An appearance is hereby filed by the undersigned as attorney for:

Scott Ranft

Attorney name (type or print): Daniel J. Weiss

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654-3456

Bar ID Number: 6256843
(See item 3 in instructions)

Telephone Number: (312) 222-9350

Email Address: dweiss@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 2, 2021

Attorney signature: S/ /s/ Daniel J. Weiss
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015