IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SCOTT RANFT (R16439), | |
| Plaintiff, | Case No. 3:20-cv-50457 |
| v. | Hon. Judge Iain D. Johnston |
| JOHN R. BALDWIN, et al., | **Jury Trial Demanded** |
| Defendants. | |

**REPORT WITH RESPECT TO CASE STATUS**

Plaintiff Scott Ranft, by and through his attorneys Jenner & Block LLP ("Jenner & Block"), submits the following statement to update the Court regarding the status of his case:

1. Jenner & Block has agreed to represent Mr. Ranft as counsel in the above-captioned matter and has submitted attorney appearances alongside this statement.

2. Mr. Ranft previously filed a pro se complaint in this matter, which has not been served. Counsel for Mr. Ranft intends to file an amended complaint by April 30, 2021.

3. Once filed, counsel for Plaintiff Ranft will ensure expeditious service of the amended complaint on the Defendants.

4. If the Court wishes to set an initial status conference in this matter, Plaintiff suggests that a conference be set for early June 2021, at the Court's convenience.

5. Counsel for Mr. Ranft stands ready should the Court require anything further in advance of an initial status conference.

Dated: April 2, 2021

Respectfully submitted,

SCOTT RANFT

By: /s/ Daniel J. Weiss

Daniel J. Weiss, #6256843
Andrew J. Plague, #6336566
Margaret M. Hlousek, #6336049
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
dweiss@jenner.com
aplague@jenner.com
mhlousek@jenner.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Daniel J. Weiss, certify that on April 2, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Daniel J. Weiss*
Daniel J. Weiss